United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 16-12101-elf
David J. Goldberger, Sr.                                              Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2         User: JeanetteG          Page 1 of 2          Date Rcvd: Aug 25, 2016
                             Form ID: pdf900          Total Noticed: 22

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 27, 2016.
```
db              +David J. Goldberger, Sr.,   1555 Ridgeview Avenue,   Lancaster, PA 17603-4509
13698704        +Accounts Service Department,   PO Box 731,   Mahwah, NJ 07430-0731
13698705        +Belco Community Credit Union,   449 Eisenhower Blvd.,   Harrisburg, PA 17111-2302
13698706        +Best Buy Credit Services,   PO Box 790441,   Saint Louis, MO 63179-0441
13698707         Capital One Bank USA NA,   PO Box 71083,   Charlotte, NC 28272-1083
13729663        +East Hempfield Township,   c/o Susan P. Peipher, Esquire,   Blakinger Thomas, PC,
                  28 Penn Square,   Lancaster, PA 17603-4297
13698709        +East Hempfield Township,   1700 Nissley road,   Landisville, PA 17538-1360
13698710         Firestone/Credit First NA,   PO Box 81344,   Cleveland, OH 44188-0344
13698711        +KML Law Group, P.C.,   Suite 5000 BNY Independence Center,   701 Market Street,
                  Philadelphia, PA 19106-1538
13746848        +MIDLAND FUNDING LLC,   PO BOX 2011,   WARREN, MI 48090-2011
13698713        +North Shore Agency,   PO Box 9205,   Old Bethpage, NY 11804-9005
13698714         Select Portfolio Servicing,   PO Box 65250,   Salt Lake City, UT 84165-0250
13723005        +TD Retail Card Services,   c/o Creditors Bankruptcy Service,   P O Box 800849,
                  Dallas, TX 75380-0849
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg              E-mail/Text: bankruptcy@phila.gov Aug 26 2016 01:43:15     City of Philadelphia,
                  City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
                  Philadelphia, PA  19102-1595
smg             +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Aug 26 2016 01:43:08     U.S. Attorney Office,
                  c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
cr               E-mail/PDF: gecsedi@recoverycorp.com Aug 26 2016 01:43:30     Synchrony Bank,
                  c/o Recovery Management Systems Corporat,   25 SE 2nd Avenue, Suite 1120,
                  Miami, FL  33131-1605
13698708        +E-mail/Text: mrdiscen@discover.com Aug 26 2016 01:42:49     Discover,   P O Box 71084,
                  Charlotte, NC 28272-1084
13708453        +E-mail/Text: mrdiscen@discover.com Aug 26 2016 01:42:49     Discover Bank,
                  Discover Products INC,   P.O. Box 3025,   New Albany Ohio 43054-3025
13770299         E-mail/Text: bk.notifications@jpmchase.com Aug 26 2016 01:42:52     JPMorgan Chase Bank, N.A.,
                  National Bankruptcy Department,   P.O. Box 29505 AZ1-1191,   Phoenix, AZ 85038-9505
13698712        +E-mail/Text: kspon@lasa.org Aug 26 2016 01:42:52     LASA,   130 Centerville Road,
                  Lancaster, PA 17603-4087
13713938         E-mail/Text: RVSVCBICNOTICE1@state.pa.us Aug 26 2016 01:43:01
                  Pennsylvania Department of Revenue,   Bankruptcy Division PO Box 280946,
                  Harrisburg, PA  17128-0946
13720461         E-mail/PDF: gecsedi@recoverycorp.com Aug 26 2016 01:43:44     Synchrony Bank,
                  c/o Recovery Management Systems Corp,   25 S.E. 2nd Avenue, Suite 1120,   Miami, FL 33131-1605
                                                                                              TOTAL: 9

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13698715          West Hempfield
smg*              Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
                   Harrisburg, PA  17128-0946
13713939*         Pennsylvania Department of Revenue,   Bankruptcy Division PO Box 280946,
                   Harrisburg, PA  17128-0946
                                                                                   TOTALS: 1, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 27, 2016                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0313-2           User: JeanetteG           Page 2 of 2           Date Rcvd: Aug 25, 2016
                               Form ID: pdf900           Total Noticed: 22
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 25, 2016 at the address(es) listed below:

        JOSHUA ISAAC GOLDMAN    on behalf of Creditor    Wilmington Trust NA et al. bkgroup@kmllawgroup.com,
         bkgroup@kmllawgroup.com
        MICHAEL D. HESS    on behalf of Debtor David J. Goldberger, Sr. amburke7@yahoo.com
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
        WILLIAM C. MILLER    ecfemails@ph13trustee.com,  philaecf@gmail.com

        TOTAL: 4

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | **Chapter 13** |
| DAVID J. GOLDBERGER | : | |
| Debtor(s) | : | Bky. No. 16-12101 ELF |

### ORDER DISMISSING CHAPTER 13 CASE AND SETTING DEADLINE FOR APPLICATIONS FOR ALLOWANCE OF ADMINISTRATIVE EXPENSES

**AND NOW**, upon consideration of the Motion to Dismiss Case filed by William C. Miller, Standing Trustee ("the Trustee"), and after notice and hearing, it is hereby **ORDERED** that:

1. This chapter 13 bankruptcy case is **DISMISSED**.

2. Counsel for the Debtor shall file a master mailing list with the Clerk of the Bankruptcy Court if such has not been previously filed.

3. Any wage orders previously entered are **VACATED**.

4. Pursuant to 11 U.S.C. §349(b)(3), the undistributed chapter 13 plan payments in the possession of the Trustee shall not revest in the entity in which such property was vested immediately before the commencement of the case. All other property of the estate shall revest pursuant to 11 U.S.C. §349(b)(3).

5. All applications for allowance of administrative expenses (including applications for allowance of professional fees) shall be filed within twenty-one (21) days of the entry of this Order.

6. **Promptly after the expiration of the time period set forth in ¶5 above, Counsel for the Debtor shall file either**: (a) a Certification of No Response confirming that neither an objection to the proposed compensation nor an application for administrative expense has been filed or (2) certify that such applications have been filed (after which the Clerk shall schedule a hearing on all such applications).

7. If no Certification, as required above in Paragraph 6 has been entered on the docket within sixty-three (63) days of the entry of this Order, then the Standing Trustee shall: (a) if any applications for administrative expenses other than Debtor(s)' Counsel's have been filed, request a hearing thereon or (b) if no such applications have been filed, return the undistributed chapter 13 plan payments in his possession to Debtor(s) pursuant to 11 U.S.C. §1326(a)(2).

Date: <u>August 23, 2016</u>

ERIC L. FRANK
**CHIEF U.S. BANKRUPTCY JUDGE**